# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 19-392-1 |
| **MALAN DOUMBIA** | |

## O R D E R

**AND NOW**, this 8th day of February, 2022, after considering Defendant Malan Doumbia's Motion to Suppress (ECF No. 59) and the Government's Response (ECF No. 60), **IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**