IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 19-392 |
| MALAN DOUMBIA, et. al. | |

**O R D E R**

**AND NOW**, this 12th day of August 2022, upon consideration of:

1. Defendant Souleymane Diarra's Motion for Acquittal (ECF No. 85), the Government's Response thereto (ECF No. 91), and Defendants' Reply (ECF No. 96); and,

2. Defendant Malan Doumbia's Motion to Set Aside Verdict (ECF No. 84), the Government's Response thereto (ECF No. 90), and Defendants' Reply (ECF No. 96).

**IT IS ORDERED** that said Motions are **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**