IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 19-392-1-2 |
| MALAN DOUMBIA<br>SOULEYMANE DIARRA | |

### ORDER

**AND NOW**, this 2nd day of February, 2026, upon consideration of Defendant Diarra's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 181), Defendant Doumbia's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 184), and the Government's responses thereto (ECF Nos. 183 & 190), **IT IS HEREBY ORDERED** that the Motions are **DENIED**. **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**

1